**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Salvador Bautista Gonzales v. The State of Texas

Appellate case number:    01-13-01037-CR

Trial court case number:  1377236

Trial court:              351st District Court of Harris County

On May 5, 2014, appellant's counsel filed a motion requesting an extension of time to file appellant's brief. The motion fails to conform with Texas Rule of Appellate Procedure 9.4(j)(1). *See* TEX. R. APP. P. 9.4(j)(1) (electronically filed documents must "be in text-searchable portable document format (PDF)"). Accordingly, we strike the motion. *See* TEX. R. APP. P. 9.4(k). We further admonish counsel that future filings in this Court must conform with Texas Rule of Appellate Procedure 9.4(j)(1).

It is so ORDERED.

Judge's signature: /s/ <u>Michael Massengale</u>
            ☒ Acting individually    ☐ Acting for the Court

Date:  May 13, 2014